IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| LINDA RAYNOR, | )<br>) |
| Plaintiff, | ) Civil Action No. 5:06-CV-00060<br>) |
| v. | ) MEMORANDUM OPINION<br>) |
| VIRGINIA DEPARTMENT OF<br>SOCIAL SERVICES, | )<br>) By: Samuel G. Wilson<br>) United States District Judge |
| Defendant. | ) |

Plaintiff Linda Raynor, proceeding pro se, brings this action against the Virginia Department of Social Services, claiming, among other things, that "DSS is breaking Federal and State law by not taking care of the kids" in DSS custody and that "[d]ocuments show that money is the most important thing to DSS." Raynor seeks to proceed in forma pauperis (IFP) and seeks to "punish DSS for breaking the law." Having considered Raynor's three-sentence complaint, the court will grant Raynor IFP status; however, the court dismisses Raynor's action because she has a pending action against DSS in which she makes essentially the same allegations concerning her daughter, a minor child in DSS custody. See 28 U.S.C. § 1915(e)(2)(B) (stating that a court may "at any time" dismiss an in forma pauperis claim if the action "is frivolous or malicious"); Clay v. Yates, 809 F. Supp. 417, 427-28 (E.D. Va. 1992) (stating that it is appropriate for district courts, when considering whether an action is "malicious" under 28 U.S.C. § 1915, to consider "the extent to which the conduct of that litigant constitutes an abuse of the judicial process" and noting that "a complaint which merely repeats pending or previously litigated claims may be considered abusive") (citing Crisafi v. Holland, 655 F.2d 1305 (D.C. Cir. 1981)).

ENTER: This 28th day of June, 2006.

_____
UNITED STATES DISTRICT COURT